```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
ALEX MAKAROUNIS                          :
                                         :
                                         :
            Plaintiff,                   :   CASE NO.: 1:20-cv-01917-AJN
                                         :
    -against-                             :
                                         :
                                         :
TIVO CORPORATION, DAVID SHULL,           :
JAMES E. MEYER, RAGHAVENDRA RAU,         :
: LAURA J. DURR, ALAN L. EARHART,        :
EDDY W. HARTENSTEIN, DAN                 :
MOLONEY, GLENN W. WELLING, and           :
LORIA B. YEADON,                         :

            Defendants.
---------------------------------------- X
```

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 26, 2020                      Respectfully Submitted,

                                         **MONTEVERDE & ASSOCIATES PC**

                                         /s/ Juan E. Monteverde
                                         Juan E. Monteverde
                                         The Empire State Building
                                         350 Fifth Avenue, Suite 4405
                                         New York, New York 10118
                                         Tel: 212-971-1341
                                         Fax: 212-202-7880

                                         *Attorney for Plaintiff*